# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABDUL-JAMEEL TAAJWAR,<br><br>    Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, et al.,<br><br>    Defendants. | Case No. 2:09-CV-00797-PMP-(GWF)<br><br>**ORDER** |

Mail was returned (#7) with the notation that plaintiff's name and identification number do not match. Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to keep his contact information up to date.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current contact information. The clerk of the court shall enter judgment accordingly.

DATED: July 1, 2010.

_____
PHILIP M. PRO
United States District Judge